# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

BRIEANA HOLMES,

    Plaintiff,

v.                                                    Case No. 3:15-cv-304-J-32JBT

DOW SHERWOOD CORPORATION,
d/b/a Village Inn, a Florida Profit
Corporation,

    Defendant.

## O R D E R

The Court has been advised that this FLSA case has been settled (Doc. 13). Accordingly, it is now

**ORDERED:**

1.    No later than **October 16, 2015**, the parties shall file the terms of their proposed settlement, which matter is hereby **REFERRED** to the assigned United States Magistrate Judge for the preparation of a Report and Recommendation as to whether the parties' proposed settlement is a "fair and reasonable resolution of a bona fide dispute" over FLSA issues. See <u>Lynn's Food Stores, Inc. v. United States Dep't. of Labor</u>, 679 F.2d 1350, 1355 (11th Cir. 1982).

2.    All other deadlines are vacated, and the Clerk shall administratively close the file pending any further Order.

**DONE AND ORDERED** in Jacksonville, Florida this 29th day of September, 2015.

*/s/ Timothy J. Corrigan*
TIMOTHY J. CORRIGAN
United States District Judge

bjb
Copies:

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of record